**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Todd Leslie KROEBER, Defendant–**
**Appellant.**

**No. 14–12624**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 23, 2015.

Peter J. Sholl, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Christopher W. Laforgia, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Andrew Joseph Chmelir, Jacobson, McCelan, Chmelir & Ferwerda, Winter Springs, FL, Todd Kroeber, FCI Otisville, Otisville, NY, for Defendant–Appellant.

Before HULL, JULIE CARNES and BLACK, Circuit Judges.

PER CURIAM:

Andrew J. Chmelir, appointed counsel for Todd Kroeber in this criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Kroeber's conviction and sentence are **AFFIRMED.**